1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GARY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 06-47 LJO |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION AND [lodged]** |
|  | ) **ORDER TO REDUCE SENTENCE PURSUANT** |
| v. | ) **TO 18 U.S.C. § 3582(c)(2)** |
| GARY BROWN, | ) **RETROACTIVE CRACK COCAINE** |
|  | ) **REDUCTION CASE** |
| Defendant. | ) |
|  | ) Judge: Hon. Lawrence J. O'Neill |

Defendant, GARY BROWN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 750;

3. Accordingly, Mr. Brown's adjusted offense level has been

reduced from 25 to 23, and a sentence at the low end of the new guideline range would be 84 months;

4. Mr. Brown merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Brown's positive post-sentencing conduct;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Brown's term of imprisonment to an aggregate term of 84 months.

Dated: November __, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Kimberly A. Sanchez* | /s/ *David M. Porter* |
| KIMBERLY A. SANCHEZ | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | GARY BROWN |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On August 23, 2005, this Court sentenced Mr. Brown to a term of imprisonment of 120 months. On May 23, 2008, the Court resentenced Mr. Brown to a term of imprisonment of 105 months. The parties agree, and the Court finds, that Mr. Brown is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 23.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 84 months;

IT IS FURTHER ORDERED that all other terms and provisions of the

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

original judgment remain in effect.

Unless otherwise ordered, Mr. Brown shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:** __November 8, 2011__  __/s/ Lawrence J. O'Neill__
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-