# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:06-cr-00047 LJO |
| Gary Brown ) | USM No: 62749-097 |
| Date of Original Judgment: February 28, 2007 ) | |
| Date of Previous Amended Judgment: May 23, 2008 ) | David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   105   months **is reduced to**   92 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   February 28, 2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 15, 2011

/s/ LAWRENCE J. O'NEILL
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Lawrence J. O'Neill, United States District Judge
*Printed name and title*